IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:09cr64-RH/WCS

MANUEL J. FERNANDEZ,

    Defendant.

_____/

**ORDER DIRECTING THE CLERK TO SET ANOTHER
HEARING ON THE DEFENDANT'S REPRESENTATION**

The defendant Manuel J. Fernandez has been represented in this case by attorney David G. Hutchison. Mr. Hutchison's first motion to withdraw was denied. He now has filed a renewed motion. The renewed motion indicates that Dr. Fernandez has retained a new attorney, Lane S. Abraham, to replace Mr. Hutchison. So that Dr. Fernandez's representation may be settled,

    IT IS ORDERED:

The clerk must set a hearing by telephone for the first available date. The hearing will address Mr. Hutchison's renewed motion to withdraw. The hearing also will address the question of who will represent Dr. Fernandez if the motion to withdraw is granted. Mr. Hutchison and Dr. Fernandez must participate in the

hearing.  Mr. Abraham or any other attorney who intends to represent Dr. Fernandez—or is considering whether to represent Dr. Fernandez—also must participate in the hearing.  Participating in the hearing, without more, will not constitute an appearance in the case.

      SO ORDERED on April 26, 2010.

                                        s/Robert L. Hinkle
                                      United States District Judge