# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:09cr64-RH/WCS

MANUEL J. FERNANDEZ,

    Defendant.

_____/

## ORDER SUBSTITUTING COUNSEL

For the reasons set out on the record of the hearing on April 29, 2010,

IT IS ORDERED:

The attorney David G. Hutchison's motion to withdraw (document 35) is GRANTED. The defendant's motion to substitute counsel (document 39) is GRANTED. The attorney Lane S. Abraham's appearance is noted. The trial remains set for Monday, June 28, 2010.

SO ORDERED on April 30, 2010.

                                          s/Robert L. Hinkle
                                          United States District Judge